**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6675**

BERNARD GREGORY LAMP,

                                    Plaintiff - Appellant,

          versus

CAROLE WALLACE, Warden,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.  (CA-04-317-3)

Submitted:  September 22, 2006        Decided:  October 12, 2006

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard Gregory Lamp, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard Gregory Lamp appeals the magistrate judge's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we deny Lamp's motion for appointment of counsel and affirm for the reasons stated by the magistrate judge. <u>Lamp v. Wallace</u>, No. CA-04-317-3 (E.D. Va. Mar. 23 and Apr. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000) and Fed. R. Civ. P. 73.

- 2 -